IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

ARTHUR L. SMOOTS, #153110,          )
                                    )
        Plaintiff,                  )
v.                                  )     CASE NO.  2:09-cv-627-TMH
                                    )                WO
JOHN R. LOCKETT, *et al.*,          )
                                    )
        Defendants.                 )

# O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. # 5) to the Recommendation of the Magistrate Judge filed on July 22, 2009 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #4) filed on July 8, 2009 is adopted;

3. This case is DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

DONE this 18th day of September, 2009.

/s/ Truman M. Hobbs

_____

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE